IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HOT SPRINGS DIVISION

AMBER MARKEY                                                                                          PLAINTIFF

vs.                                        Civil No. 6:16-cv-06051

NANCY A. BERRYHILL                                                              DEFENDANT
Commissioner, Social Security Administration

## **JUDGMENT**

Comes now the Court on this the 13th day of June 2017, in accordance with the Memorandum Opinion entered in the above-styled case on today's date, and hereby considers, orders, and adjudicates that the decision of the Commissioner of the Social Security Administration is **AFFIRMED** and Plaintiff's Complaint is hereby dismissed with prejudice.

**IT IS SO ORDERED.**

                                                                          /s/ Barry A. Bryant
                                                                          HON. BARRY A. BRYANT
                                                                          U. S. MAGISTRATE JUDGE